IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

HYNRYETTA WALKER, on behalf of Herself and others similarly situated,

Plaintiff(s),

v. Case No. 3:25-cv-01455

WAYNE HALFWAY HOUSE, INC.,

Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by Wayne Halfway House, Inc.. The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of ______________________ with a principal place of business in the state of ______________________.

2. This party or intervenor is a privately held corporation, incorporated in the state of Tennessee with a principal place of business in the state of Tennessee. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

Jim Biggers (1/3); Jason Crews (1/3); Autry Gobbell (1/6); Charlie Todd (1/6).

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

x YES ____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

Wayne Halfway House, Inc. is the parent of RaeKar Residential, Inc., Guesswork IT Solutions, Inc., and Southeast Acquisitions, LLC.

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES  x NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

______________________________________________________________________
______________________________________________________________________.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES  x NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

______________________________________________________________________
______________________________________________________________________.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

______________________________________________________________________
______________________________________________________________________.

**Provide any additional pertinent information on attached page(s).**

Date: January 16, 2026  Signature: [signature]

Printed Name: Robert L. Vance

Title: Attorney

**CERTIFICATE OF SERVICE**

**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, a copy of the **Business Entity Disclosure Statement** was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The following were served by operation of the Court's electronic filing system on January 16, 2026:

J. Gerard Stranch, IV, Esq.
Stranch, Jennings, & Garvey, PLLC
223 Rosa Parks Avenue, Ste. 200
Nashville, TN 37203
gstranch@stranchlaw.com

By: */s/* Robert L. Vance
Robert L. Vance, BPR #021733