UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

HYNRYETTA WALKER, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

WAYNE HALFWAY HOUSE, INC.,

Defendant.

Case No. 3:25-cv-01455

Judge Aleta A. Trauger

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

The parties, pursuant to Fed. R. Civ. P. 26(c), jointly move for the entry of the Stipulated Protective Order governing the disclosure of proprietary and confidential information and documents which will be produced in the course of this litigation. In support of this Motion, the parties state as follows:

1. The parties have agreed to produce certain information only upon entry of the appropriate protective order, stating that such documents and the information therein (together referred to as "Confidential Discovery Information") would be disclosed only as provided in the Stipulated Protective Order.
2. Counsel for both parties have agreed to the terms of the Stipulated Protective Order attached as Exhibit A to this Motion, as evidenced by their signatures.
3. The provisions of the attached Stipulated Protective Order are necessary to ensure the confidentiality of the documents produced.

WHEREFORE, the parties respectfully request that this Court enter the attached Stipulated Protective Order.